UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY CRABTREE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00078 |
| HATCH STAMPING COMPANY LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

On June 10, 2025, the parties filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agreeing to "the dismissal with prejudice of all claims of the Plaintiff in the above-captioned proceeding." (Doc. No. 31). Accordingly, this case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE